UNITED STATES BANKRUPTCY COURT

FOR THE

EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| ERIC AMACHER | ) | CHAPTER 13 |
| | ) | |
| | ) | CASE NO. 12-16204-RGM |
| DEBTOR | ) | |

FILED 2013 AUG 23 P 1:25 CLERK US BANKRUPTCY COURT

## DEBTOR'S OBJECTION TO AND RESPONSE TO TRUSTEE'S MOTION TO DISMISS

In response to the Motion to dismiss filed by Thomas P. Gorman, Chapter 13 Trustee, the Debtor offers the response as follows:

Violation of U.S.C. 1307(c)(8) – Debtor Shall Amend Plan as Follows:

Beginning with September 2013, Plan payments shall increase by $111 per month for the remaining 50 months of the plan payment, and there shall increase to $1,261 to pay the additional monies owed to the Internal Revenue Service, for Form 1040, Tax Period 12/31/2012. Amended Plan is attached.

I hereby certify that on the 22nd day of August, 2013, a true and accurate copy of the foregoing Response to Trustee's Motion to Dismiss, Notice of Motion to Dismiss, and Notice

of Scheduled Hearing On This Motion was mailed, postage pre-paid, by first class mail and addressed as follows to parties:

Thomas P. Gorman

300 N. Washington Street

Suite 400

Alexandria, VA  22314


Clerk of the Court

United States Bankruptcy Court

200 South Washington Street

Alexandria, VA  22314

_____

Eric Amacher, Pro Se Debtor